

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

    Plaintiff,

-against-

PRIDE WINE & SPIRITS INC., et al.,

    Defendants.

21-CV-3784 (PAE) (BCM)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's telephonic conference, it is hereby ORDERED that:

1. The deadline for defendant Pride Wine & Spirits Inc. (Pride Wine) to answer or otherwise respond to the complaint is EXTENDED to **October 8, 2021**. If Pride Wine fails to answer or otherwise respond to the complaint by that date, plaintiff may request a certificate of default against Pride Wine pursuant to Fed. R Civ. P. 55(a) and Local Civ. R. 55.1.

2. The initial case management conference is ADJOURNED to **October 20, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#. The parties are further directed to meet and confer promptly and in accordance with Fed. R. Civ. P. 26(f).

3. No later than **October 13, 2021**, the parties shall jointly file an updated Pre-Conference Statement as directed in this Court's Order dated June 24, 2021 (Dkt. No. 12).

4. If Defendant and cross-claimant Transferance Realty LLC has served its cross-claim upon defendant and cross-defendant Pride Wine, it shall promptly file proof of such service on the docket.

5. Plaintiff is directed to serve a copy of this order on Pride Wine and promptly file proof of such service on the docket.

Dated: New York, New York
      September 2, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**